CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 0 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MATAH Holdings, LLC )
)
)
Plaintiff )
)
v. )
)
Nega Group, Inc. et al. )
Defendant )
)
)

Case: 1:08-cv-00008
Assigned To : Huvelle, Ellen S.
Assign. Date : 1/3/2008
Description: Contract

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __MATAH Holdings, LLC__,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of __MATAH Holdings, LLC__, which have any outstanding securities

in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____TLA Mauro_____
Signature

__184515__
Bar Identification Number

__Thomas A. Mauro__
Print Name

__1020 19th St, N.W. #400__
Address

__Washington, D.C. 20036__
City          State      Zip

__202 452 9865__
Telephone Number

2