#2

## AFFIDAVIT OF SERVICE

**District of Columbia**                                                                   **United States District Court**

Case Number: 1:08-CV-00008

**Plaintiff:**
**MATAH HOLDINGS, LLC**

vs.

**Defendant:**
**MEGA GROUP, INC., ET AL**

For:
Vincent Close
MAURO LAW OFFICES, P.C.
1020 19th Street, Nw
Suite 400
Washington, DC 20036

Received by PRIORITY PROCESS to be served on **JOYCE L. BROWN, 1730 RHODE ISLAND AVENUE, NW, WASHINGTON, DC 20036.**

I, Michael Daigneault, being duly sworn, depose and say that on the **26th day of April, 2008** at **11:54 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **A SUMMONS AND COMPLAINT IN A CIVIL CASE** with the date and hour of service endorsed thereon by me, to: **JOHN H. BROWN** as **HUSBAND** at the alternate address of: **9905 FIVE OAKS DRIVE, FAIRFAX, VA,** the within named person's usual place of **Abode**, who resides here with the defendant, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
UPON ARRIVING AT THE ABOVE ADDRESS I NOTICED CARS IN THE DRIVEWAY AND DECIDED TO WAIT OUTSIDE TO SEE IF I COULD CATCH SOMEONE LEAVING THE RESIDENCE. A WHILE LATER I SAW A MAN LEAVING THE RESIDENCE WHERE MR. BROWN IS LISTED AS LIVING. I THEN MOVED MY CAR IN THE WAY OF THE DRIVEWAY SO THE GENTLEMAN COULD NOT EXIT THE DRIVEWAY WITH HIS CAR. THE MAN NOTICED ME AND I TOLD THE MAN THAT I HAD A DELIVERY FOR MR. BROWN. HE STATED THAT MR. BROWN WAS NOT AVAILABLE . I THEN ASKED HIM IF HE COULD PRODUCE SOME IDENTIFICATION TO SHOW THAT HE WAS NOT IN FACT MR. BROWN. HE WOULD NOT DO SO. HE NEVER STATED HE WAS NOT MR. BROWN. I LEFT THE DOCUMENTS WITH THE GENTLEMAN WHICH I BELIEVED TO BE THE DEFENDANT MR. BROWN.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Black, Height: 5'8", Weight: 165, Hair: Black, Glasses: N

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

_____
**Michael** Daigneault
Process Server

Subscribed and sworn to before me on the 28th day of April, 2008 by the affiant who is personally known to me.

_____
Notary Public

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2008004610

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

MATAH HOLDINGS, LLC
11006 Chelsea Way
Laurel, MD. 20725

**SUMMONS IN A CIVIL CASE**

V.

Mega Group, Inc. et al.
~~Joyce L. Brown~~
~~1730 Rhode Island Avenue, N.W.~~
~~Suite 415~~
~~Washington, D.C. 20036~~

CASE

Case: 1:08-cv-00008
Assigned To : Huvelle, Ellen S.
Assign. Date : 1/3/2008
Description: Contract

TO: (Name and address of Defendant)

Joyce L. Brown
1730 Rhode Island Avenue, N.W.
Suite 415
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Mauro, Esq,
1020 19th Street, N.W.
Suite 400
Washington, D.C. 20036
202 452 9865

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         JAN -3 2008
_____        _____
CLERK                            DATE

_Maurice A. Higgins_
(By) DEPUTY CLERK