IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATAH HOLDINGS, LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:08CV00008 ESH |
| MEGA GROUP, INC., et al. | : |
| Defendants. | : |

**APPLICATION AND DECLARATION FOR ENTRY OF DEFENDANT
SMALL BUSINESS INVESTMENT CORPORATION OF AMERICA, INC.'S DEFAULT**

Plaintiff Matah Holdings, L.L.C., through counsel, applies to the Clerk of the Court for entry of Defendant Small Business Investment Corporation of America, Inc.'s default and declares as follows:

1. I am counsel for the Plaintiff and in that capacity have been assigned to represent the interests of Plaintiff in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to Defendant Small Business Investment Corporation of America, Inc. pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application state as follows:

   a) The Defendant was served with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure, as is reflected in the Return of Service Affidavit filed in the case on April 29, 2008.

   b) Upon Plaintiff's information and belief, the Defendant is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled

to the protection of 50 U.S.C. A. Section 520.

c) The Defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Rule 12(a), Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff requests the Clerk of the Court to enter the default of Defendant Small Business Investment Corporation of America, Inc.

I, Thomas A. Mauro, do hereby certify under penalty of perjury, pursuant to 28 U.S.C. §1746(2), that the above statements are true and accurate to the best of my knowledge and belief.

_____/s/_____
Thomas A. Mauro, Esq.
Bar No. 184515
MAURO LAW OFFICES, P.C.
1020 19TH Street, N.W.
Washington, D.C. 20036
Telephone: (202) 452 9865
Facsimile: (202) 452 9865
Attorney for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATAH HOLDINGS, LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:08CV00008 ESH |
| MEGA GROUP, INC., et al. | : |
| Defendants. | : |

## **DEFAULT**

It appearing that the Defendant Small Business Investment Corporation of America, Inc. has failed to plead or otherwise defend this action though duly served with summons and complaint on April 26, 2008, and an affidavit on behalf of the Plaintiff having been filed, it is this _____ day of _____, 2008, declared that:

Defendant Small Business Investment Corporation of America, Inc. herein is in default.

NANCY MAYER-WHITTINGTON
CLERK OF THE COURT


BY: _____
   DEPUTY CLERK