IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATAH HOLDINGS, LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:08CV00008 ESH |
| MEGA GROUP, INC., et al. | : |
| Defendants. | : |

**SERVICE OF RULE 26(a) INITIAL DISCLOSURES BY PLAINTIFF**

Plaintiff, through counsel, hereby state that their initial disclosures under Rule 26(a) were served on defendants Joyce L. Brown and John H. Brown by mail on **June 8, 2008.**

_____/s/_____
Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.; Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was mailed first class, postage prepaid, on June 8, 2008 to :

Joyce L. Brown
John H. Brown
9905 Five Oaks Road
Fairfax, VA. 20031

__/s/_____
Thomas A Mauro