IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATAH HOLDINGS, LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:08CV00008 ESH |
| MEGA GROUP, INC., et al. | : **Next event: Scheduling Conference** |
| Defendants. | : **June 17, 2008 at 9:15 a.m.** |

**PLAINTIFF'S RULE 26(f) REPORT**

Pursuant to F.R.Civ.P. 26(f) and Local Rule 16.3(c), the Plaintiff, through counsel, files this report pursuant to F.R. Civ. P. 26. No conference has been held with the Defendants. The corporate Defendants, Mega Group, Inc. and Small Business Investment Company of America, have not answered the Complaint and a request for entry of default to the Clerk is pending against them. The individual Defendants, Joyce L. Brown and John H. Brown, have answered but have declined to return counsel for the Plaintiff's telephone call in order to discuss the issues required under the Rules. Counsel for Plaintiff by mail on June 8, 2008, has provided the individual Brown defendants with Plaintiff's initial documentary disclosures. By this Report, Plaintiff offers a proposed scheduling order to the Court and to the pro se Defendants, Joyce L and John H. Brown. Plaintiff's proposed scheduling order is attached to this Reoprt.

1. **Discovery Deadline**

Plaintiff proposes that discovery conclude 90 days after the date of entry of the Court's Scheduling Order.

2. **Expert Disclosures**

Plaintiff proposes that the expert disclosure deadline for plaintiffs be thirty (30) days prior to the conclusion of discovery and that the expert disclosure deadline for defendants be twenty days thereafter.

### 3. Third-Party Claims Deadline

Plaintiff proposes that the deadline for filing third-party claims be thirty (30) days after the date of entry of the Court's Scheduling Order.

### 4. Initial Disclosures

The parties should agree to abide by the requirements of Rule 26 respecting initial disclosures.

### 5. Dispositive Motions Deadline

The Plaintiff proposes that dispositive motions be filed within thirty (30) days after the discovery deadline.

### 6. Pretrial Conference

The Plaintiff proposes that the pretrial conference be scheduled no earlier than 30 days after resolution of any and all dispositive motions. The Plaintiff also proposes that trial dates be scheduled at the pretrial conference.

### 7. Assignment to Magistrate

The Plaintiff does not agree at this time to the assignment of any portion of this case to a magistrate judge.

### 8. Bifurcation

Plaintiff does not request bifurcation of any claims.

### 9. Settlement and ADR

The Plaintiff is agreeable to settlement discussions with the Defendants, including

referral to the Court's ADR program.

                    Respectfully submitted,

                    **MAURO LAW OFFICES, P.C.**

                    _____/s/_____
                    Thomas Mauro (# 184515)
                    1020 19th Street, N.W.
                    Suite 400
                    Washington, DC 20036
                    (202) 452-9865 (voice)
                    (202) 452-0092 (facsimile)

                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was mailed first class, postage prepaid, on June 8, 2008 to :

Joyce L. Brown
John H. Brown
9905 Five Oaks Road
Fairfax, VA. 20031

                    __/s/_____
                    Thomas A Mauro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MATAH HOLDINGS, LLC,

    Plaintiff,

v.                                   Case No.: 1:08CV00008 ESH

MEGA GROUP, INC., et al.       **Next event: Scheduling Conference**
                                                    **June 17, 2008 at 9:15 a.m.**

    Defendants.

## CIVIL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this __ day of _____ , 2008

    **ORDERED** that the parties file:

| | |
|---|---|
| Third Party Claims: | On or before 30 days after date of entry of this order. |
| Expert Disclosures: | On or before 30 days prior to the conclusion of discovery. |
| Discovery Closes: | On or before 90 days after date of entry of this order. |

    **FURTHER ORDERED** that this case be set for:

An interim status conference on _____ at _____; and it is

    **ORDERED** that the parties file

| | |
|---|---|
| Dispositive motions: | On or before 30 days after discovery closes. |
| Pretrial Conference: | Pretrial Conference shall be scheduled no earlier than 30 days after resolution of any dispositive motions. |

**FURTHER ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case.

SO ORDERED.

_____
ELLEN SEGAL HUVELLE
United States District Judge

cc:     Counsel of Record