IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MATAH HOLDINGS, LLC,

    Plaintiff,

v().                        Case No.: 1:08CV00008 ESH

MEGA GROUP, INC., et al.    **Next event: Scheduling Conference**
                                        **June 17, 2008 at 9:15 a.m.**

    Defendants.

---

**MOTION OF PLAINTIFF FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE ITS RULE 26(f) REPORT**

NOW COMES PLAINTIFF, by their undersigned counsel, and hereby moves the Court for an extension of time to June 8, 2008, within which to file its Rule 26(f) Report in accordance with the Court's Order of May 21, 2008. The Report was due fourteen days before the Scheduling Conference in the case, which is set for June 17. Accordingly, the Report should have been filed on June 3, 2008.

Counsel for the Plaintiff has been unable to contact the individual Defendants, Joyce L. Brown and John H. Brown, although he has left telephone messages for them to contact him in order to discuss the submission required by the Rule. Counsel further requests the Court's indulgence that, because of his travel schedule, he has been unable to complete and file the Report until this day, June 8, 2008.

**Points and Authorities**

The Court is referred to Rule 6(b) of the Federal Rules of Civil Procedure.

**LcvR 7(m) Statement**. The undersigned counsel has been unable to discuss this motion

with the pro se Defendants in this case and ths assumes they will oppose the motion.

WHEREFORE, Plaintiff requests an extension of time to this date, June 8, 2008, within which to file its Rule 26(f) Report in accordance with the Court's Order of May 21, 2008. A proposed Order is attached for consideration by the Court.

                                                Respectfully submitted,

                                        _____/s/_____
                                        Thomas A. Mauro, Bar No. 184515
                                        1020 Nineteenth Street, N.W.
                                        Suite 400
                                        Washington, D.C. 20036
                                        Tel.: (202) 452-9865
                                        Fax: (202) 452-0092
                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was mailed first class, postage prepaid, on June 8, 2008 to :

Joyce L. Brown
John H. Brown
9905 Five Oaks Road
Fairfax, VA. 20031

                                        __/s/_____
                                        Thomas A Mauro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATAH HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEGA GROUP, INC., et al.<br><br>    Defendants. | Case No.: 1:08CV00008 ESH<br><br>**Next event: Scheduling Conference**<br>**June 17, 2008 at 9:15 a.m.** |

## **ORDER**

This matter is before the Court upon the Motion of Plaintiff for an extension of time to October 7, 2005, within which to file its Rule 26(f) Report in accordance with the Court's Order of May 21, 2008 to June 8, 2008. Upon consideration of the Motion, any Opposition thereto, and the entire record in this case, it is this ___ day of June, 2008, hereby

ORDERED, that the Motion of Plaintiff for an extension of time within which to file its Rule 26(f) Report in accordance with the Court's Order of May 21, 2008, be, and it hereby is, GRANTED; and it is

FURTHER ORDERED, that the Plaintiff's Rule 26(f) Report in accordance with the Court's Order of May 21, 2008, may be filed on June 8, 2008, and that the Clerk, therefore, accept the Report submitted by the Plaintiff as filed.

_____
Ellen Segal Huvelle
United States District Judge

Copies to: Counsel and parties of record