IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATAH HOLDINGS, LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:08CV00008 ESH |
| MEGA GROUP, INC., et al. | : **Next event: Scheduling Conference** |
| Defendants. | : **June 17, 2008 at 9:15 a.m.** |

**PLAINTIFF'S STATEMENT OF THE CASE IN RESPONSE TO THE
COURT ORDER FOR INITIAL SCHEDULING CONFERENCE**

NOW COMES PLAINTIFF, by their undersigned counsel, and hereby submits this Response to the Order for Initial Scheduling Conference in which the Court requires a brief statement of the case and the statutory bases for the causes of action and defenses.

For the reasons noted in its Report to the Court of June 8, 2008, Plaintiff cannot speak for the individual Defendants who have answered the Complaint. The corporate defendants have failed to answer the Complaint and requests for entry of defaults against them are pending with the Clerk.

1.  This is a collection case in which the Plaintiff seeks to recover under four promissory notes and personal guaranties made by the Defendants in favor of the Plaintiff in the principal amounts as follows:

    I.  $150,000.00, Date - July 15, 2002, Maturity Date - January 11, 2003 (Complaint, Exhibit A);

    II. $150,000.00, Date - July 29, 2002, Maturity Date - January 14, 2003 (Complaint, Exhibit B);

      III.      $100,000.00, Date - January 15, 2003, Maturity Date - April 14, 2003 (Complaint, Exhibit C);

      IV.      $60,000.00, Date - April 15, 2003, Maturity Date - July 15, 2003 (Complaint, Exhibit D).

      2.      The Defendants have made no payments under the Notes.

      3.      The individual Defendants, Joyce L. Brown and John H. Brown, who are husband and wife are the Secretary and Chairman and Chief Executive Officer of each corporate defendant, unconditionally guaranteed the due and punctual payment of all of the amounts due under the promissory notes. Complaint, Exhibits 1 and 2.

      4.      To the extent a statutory basis need be relied upon by the Plaintiff for its claims in this case, Plaintiff refers the Court to D.C. Code, Title 28, Article 3.

Plaintiff requests judgment against each of the Defendants, jointly and severally, for the entire balances due under each of the notes presented to the Court. Plaintiff anticipates that those amounts will be presented through the testimony of a forensic accountant or similarly trained individual.

Plaintiff believes that the Counterclaim filed by the individual Defendants does not comply with the Federal Rules of Civil Procedure and should be dismissed.

      Respectfully submitted,

      _____/s/_____
Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Plaintiff's Statement of the Case in Response to the Court Order for Initial Scheduling Conference was mailed first class, postage prepaid, on June 11, 2008 to :

Joyce L. Brown  
John H. Brown  
9905 Five Oaks Road  
Fairfax, VA. 20031

                                      __/s/_____  
                                      Thomas A Mauro