IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          :
MATAH HOLDINGS, LLC,                      :
                                          :
                    Plaintiff,            :
                                          :
          v.                              :      Case No.: 1:08CV00008 ESH
                                          :
MEGA GROUP, INC., et al.                  :      **Next event: Scheduling Conference**
                                          :      **July 24, 2008 at 9:30 a.m.**
                    Defendants.           :
_____

**MOTION OF PLAINTIFF FOR AN EXTENSION OF TIME WITHIN WHICH
TO FILE AMENDED COMPLAINT AND TO CONTINUE THE
JULY 24, 2008 INITIAL SCHEDULING CONFERENCE**

NOW COMES PLAINTIFF, by their undersigned counsel, and hereby moves the Court

for an extension of time to July 21, 2008 and to continue the Initial Scheduling Conference to

August 6, 2008.

**LcvR 7(m) Statement**. Counsel for the Plaintiff has been unable to contact the individual

Defendants, Joyce L. Brown and John H. Brown, although he has left a telephone message asking

for their consent to this Motion.

In support of this Motion, Plaintiff states as follows:

1.      On June 17, 2008, during the Status Conference in this case, the Court, *sua*

*sponte*, ordered Plaintiff to amend its complaint. The Court suggested that diversity jurisdiction

does not exist in this case if any of the members of the plaintiff, which is a New Jersey Limited

Liability Company, are citizens of the same state as any of the defendants. The Court, therefore,

rejected the notion that the citizenship of the plaintiff LLC depends only on the state of

1

incorporation of the LLC, which is New Jersey.

2.  There were two original and founding members of the Plaintiff, one a citizen of New Jersey and the other a citizen of Pennsylvania. So the citizenship of the founding members preserves diversity.

3.  Since the founding of the LLC, there was created a class of investors who numbered at one time at least 86 and who might be considered members, although the question is unclear under New Jersey law.  If such individuals failed to keep a valid mailing address with the company prior to the date this lawsuit was filed, January 8, 2008, they have no such assumed membership.  During the two weeks since the Status Conference, counsel for the plaintiff has been unable to confirm whether the mailing addresses in the corporation's records for these 86 individuals are valid. Accordingly, he needs the additional time requested to determine whether the original mailing addresses are still valid.

4.  Because counsel does not anticipate that he will be able to complete the task above before July 21, and because the Court has set July 24, 2008, as the date for the Initial Scheduling Conference in the case, plaintiff requests that the Initial Scheduling Conference be reset for August 6, 2008, if that date is convenient for the Court.

## Points and Authorities

The Court is referred to Rule 6(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff requests an extension of time to July 21, 2008 and to continue the Initial Scheduling Conference to August 6, 2008 or a date otherwise convenient to the Court and the parties.  A proposed Order is attached for consideration by the Court.

Respectfully submitted,


/s/ Thomas A. Mauro
Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                   :
MATAH HOLDINGS, LLC,                               :
            Plaintiff,                             :
                                                   :
     v.                                            :       Case No.: 1:08CV00008 ESH
                                                   :
MEGA GROUP, INC., et al.                           :       **Next event: Scheduling Conference**
            Defendants                             :       **July 24, 2008 at 9:30 a.m.**
_____:

## <u>ORDER</u>

This matter is before the Court upon the Motion of Plaintiff for an extension of time to

July 21, 2008, within which to file its Amended Complaint and to reset the Initial Scheduling

Conference to August 6, 2008. Upon consideration of the Motion, any Opposition thereto, and

the entire record in this case, it is this _____ day of July, 2008, hereby

     ORDERED, that the Motion of Plaintiff for an extension of time within which to file its

Amended Complaint and to continue the Initial Scheduling Conference be, and it hereby is,

GRANTED; and it is

     FURTHER ORDERED, that the Plaintiff must file its Amended Complaint by

_____, 2008; and it is

     FURTHER ORDERED, that the Initial Scheduling Conference now set for July 24, 2008,

is reset for _____, 2008.


                                   _____
                                   Ellen Segal Huvelle
                                   United States District Judge


Copies to: Counsel and parties of record


1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing Motion of Plaintiff for an Extension of Time within which to File Amended Complaint and to Continue the July 24, 2008 Initial Scheduling Conference was mailed first class, postage prepaid, on July 1, 2008 to :

Joyce L. Brown
John H. Brown
9905 Five Oaks Road
Fairfax, VA. 20031

/s/ Thomas A. Mauro
Thomas A Mauro

2