IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATAH HOLDINGS, LLC, | |
| Plaintiff, | |
| v. | Case No.: 1:08CV00008 ESH |
| MEGA GROUP, INC., et al. | **Next event: Scheduling Conference** |
| Defendants. | **August 6, 2008 at 9:45 a.m.** |

**PLAINTIFF'S STATUS REPORT AND REQUEST**
**FOR LEAVE TO FILE RULE 41(b) MOTION**

NOW COMES PLAINTIFF, by their undersigned counsel, and hereby submits this Status Report and request for leave to file a motion to dismiss under Rule 41(b).

At the Initial Status Conference the Court, *sua sponte*, ordered Plaintiff to amend its complaint suggesting that diversity jurisdiction does not exist in this case if any of the members of the Plaintiff, which is a New Jersey Limited Liability Company, are citizens of the same state as any of the defendants. The Court, therefore, rejected the notion that the citizenship of the Plaintiff LLC depends only on the state of incorporation of the LLC. Plaintiff asked for time to conduct an inquiry into the status of the original investors in the LLC. The Court agreed and gave Plaintiff until July 21, 2008, within which to file an Amended Complaint. Plaintiff's counsel has conducted such inquiry and believes that the class of investors are not members of the LLC. If the Court finds, however, that they are members and concludes further that the law in this District requires an examination of the citizenship of every member of a limited liability

1

corporation, there would be no diversity jurisdiction in this case.

Rather than litigate the matter, however, Plaintiff is willing to dismiss this complaint without prejudice under F. R. Civ. P. 41 (b). Such a motion will require the individual defendants to agree to dismiss their counterclaim, also without prejudice. In light of the difficulty counsel for the Plaintiff has had in communicating with these pro se defendants under Local Rule 7(m), Plaintiff requests through this Status Report that the individual defendants contact counsel for the Plaintiff, after they have had a chance to discuss the matter with their own counsel, and advise Plaintiff's counsel as to their position as to a Rule 41(b) dismissal of this complaint without prejudice and a dismissal of their counterclaim without prejudice. Alternatively, the defendants can respond to this Status Report in writing to the Court.

The case is set for an initial Scheduling Conference for August 6, 2008 at 9:45 A.M. Plaintiff respectfully suggests that the date be maintained in order to give the pro se defendants enough time to consult with their counsel and submit their response to the Court. On August 6 the Court can then entertain a stipulation of dismissal by the parties under Rule 41(b).

                              Respectfully submitted,

                              /s/ Thomas A. Mauro
                              Thomas A. Mauro, Bar No. 184515
                              1020 Nineteenth Street, N.W.
                              Suite 400
                              Washington, D.C. 20036
                              Tel.: (202) 452-9865
                              Fax: (202) 452-0092
                              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Plaintiff's Status Report and Request for Leave to File Rule 41(b) Motion was mailed first class, postage prepaid, on July 21, 2008 to :

Joyce L. Brown
John H. Brown
9905 Five Oaks Road
Fairfax, VA. 20031

/s/ Thomas A. Mauro
Thomas A Mauro