UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MATAH HOLDINGS, LLC**, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  08-008 (ESH) |
| **MEGA GROUP, INC.**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the status conference scheduled for August 6, 2008, 9:45 a.m., is **VACATED**; and it is

**FURTHER ORDERED** that plaintiff's Motion for Leave to File Rule 41(b) Motion [Dkt. # 19] is **DENIED** as moot; and plaintiff's complaint and defendants' counterclaim are **DISMISSED** without prejudice for lack of jurisdiction.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 24, 2008